**LEACH JOHNSON SONG & GRUCHOW**
EDWARD J. SONG, ESQ.
ESong@leachjohnson.com
Nevada Bar No. 7922
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorney for Chateau Versailles Condominium*
*Unit-Owners' Association, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR MORTGAGEIT TRUST 2005-05, MORTGAGE-BACKED NOTES, SERIES 2005-5, a national bank<br><br>         Plaintiff,<br><br>vs.<br><br>CHATEAU VERSAILLES CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC., a Nevada non-profit corporation<br><br>         Defendants. | Case No.  2:18-cv-00618-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE [ECF NO. 1]**<br><br>**(First Request)** |

Deutsche Bank National Trust Company ("Plaintiff") and Defendant Chateau Versailles Condominium Unit Owners' Association, Inc., ("Association") by and through their respective counsel stipulate and agree as follows:

1.      On April 6, 2018, Plaintiff filed a Complaint ECF No. 1.

2.      On April 20, 2018, the Association was served with a copy of Plaintiff's Complaint.

3.      The Association's Answer is due on or before May 10, 2018.

4.      The Association's insurance is currently reviewing the Association's tendered claim. In an effort to move forward with meaningful proceedings and to mitigate attorneys' fees and costs at the expense of both parties, the Association has requested a two (2) week extension to file a responsive pleading. This extension

1  would allow additional time for the Association's insurance to determine

2  coverage.

3  IT HEREBY STIPULATED AND AGREED that the Association will have a two-week

4  extension to file its responsive pleading.

5  IT IS FURTHER STIPULATED AND AGREED that the Association's Reply shall be

6  filed on or before **May 24, 2018.**

7  This is the parties first request of this deadline and is not intended to cause any delay

8  or prejudice to any party.

9  IT IS SO STIPULATED AND AGREED.

10  Dated this 9th day of May, 2018.

11  ZIEVE, BRODNAX & STEELE, LLP          LEACH JOHNSON SONG & GRUCHOW

12

13  _____/s/ J. Stephen Domembo, Esq._____      _____/s/ Edward J. Song, Esq._____
    SHADD A. WADE, ESQ.                   EDWARD J. SONG, ESQ.

14  Nevada Bar No. 11310                  Nevada Bar No. 7922
    J. STEPHEN DOLEMBO, ESQ.              8945 W. Russell Road, Suite 300

15  Nevada Bar No. 9795                   Las Vegas, NV 89148
    3753 Howard Hughes Parkway, Suite 200 *Attorney for Chateau Versailles Condominium*

16  Las Vegas, NV 89169                   *Unit-Owners' Association, Inc.*
    *Attorneys for Plaintiff Deutsche Bank*

17  *National Trust Company*

18

19

20  **IT IS SO ORDERED.**

21  _____

22  **United States Magistrate Judge**

23  DATED: May 14, 2018

24

25

26

27

28